**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WILLIAM ROBERTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:12-cv-02917 |
| VS. | § | |
| | § | |
| WRIGHT MEDICAL TECHNOLOGY, INC., | § | |
| a Delaware corporation; and WRIGHT | § | |
| MEDICAL GROUP, INC., a Delaware | § | |
| corporation, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S DISCLOSURE OF INTERESTED PERSONS**

COMES NOW WILLIAM ROBERTS, Plaintiff herein, and, by and through his undersigned attorneys, file this list of persons or entities who may be financially interested in the above-captioned lawsuit, and in support thereof says:

Those persons who may be financially interested in the outcome of the case at bar may include the following:

1. Plaintiff: William Roberts;

2. Defendants: Wright Medical Technology, Inc., and Wright Medical Group, Inc.;

3. Attorneys for Plaintiff: Charles R. Houssiere, III
Neeley G. Morgan
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

4. Attorneys for Defendants: Unknown at this time

1

Respectfully submitted,


  /s/ Neeley G. Morgan
Charles R. Houssiere, III
Southern District ID No. 5202
State Bar No. 10050700
E-mail: choussi@hdhtex.com
Neeley G. Morgan
Southern District ID No. 1067260
State Bar No. 24070299
E-mail: nmorgan@hdhtex.com

HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

ATTORNEYS FOR PLAINTIFF

2

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Disclosure of Interested Persons has been duly served upon each party or their duly authorized agent or attorney of record either in person or by agent or by courier receipted delivery or by certified or registered mail to each party's last known address, or by telephonic document transfer to the recipient's current telecopier number as indicated below, or by CM/ECF notification in accordance with the Federal Rules of Civil Procedure on the 15th day of October, 2012.

Wright Medical Group, Inc.
by serving its registered agent for service
Corporation Service Company
2908 Poston Avenue
Nashville, TN 37203-1312

Wright Medical Technology, Inc.
by serving its registered agent for service
Corporation Service Company
Corporation Service Company
D/B/A CSC-Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

/s/ Neeley G. Morgan
Neeley G. Morgan

HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

ATTORNEYS FOR PLAINTIFF