**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WILLIAM ROBERTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:12-cv-02917 |
| VS. | § | |
| | § | |
| WRIGHT MEDICAL TECHNOLOGY, | § | |
| INC., a Delaware corporation; and | § | |
| WRIGHT MEDICAL GROUP, INC., a | § | |
| Delaware corporation, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 26(f)**

1.     Rule 26(f) Conference:

   a.     Date: December 14, 2012

   b.     Parties:
      i.     Plaintiff: Charles R. Houssiere and Neeley G. Morgan of HOUSSIERE, DURANT & HOUSSIERE, LLP
      ii.    Defendants: Carrie Schadle of HARRISON, BETTIS, STAFF, MCFARLANE & WEEMS, LLP

2.     Rule 26(a) Initial Disclosures

   Plaintiff will serve Defendants with Plaintiff's Initial Disclosures on or before January 3, 2013.
   Defendants will serve Plaintiff with Defendants' Initial Disclosures on or before January 17, 2013.

3.   Proposed Agreed Discovery Plan:

a.   February 15, 2013      NEW PARTIES shall be joined by this date. The attorney causing such joinder must provide copies of this Joint Discovery/Case Management Plan to the new parties.

b.   March 29, 2013      AMENDMENTS to pleadings by Plaintiff or Counter-Plaintiff shall be made by this date. Absent parties' agreement or court approval, answers may not be amended more than 20 days after this date.  Answers to amended claims and counterclaims are due 20 days after amended claims or counterclaims are filed.

c.   July 31, 2013      EXPERT WITNESSES FOR PLAINTIFF/COUNTER-PLAINTIFF shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion.

d.   September 20, 2013      EXPERT WITNESSES FOR DEFENDANT/COUNTER-DEFENDANT shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion.

e.   November 8, 2013      DISCOVERY must be completed by this date. Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under Federal Rules of Civil Procedure to respond until after the deadline.

f.      November 29, 2013       MEDIATION/ADR to be completed by this date or the parties shall file a report stating why Mediation/ADR is not appropriate.

g.      January 17, 2014        DISPOSITIVE MOTIONS and ALL OTHER PRETRIAL MOTIONS (including *Daubert/Kumho* motions, but not including other motions in limine) will be filed by this date.

h.      February 28, 2014       JOINT PRETRIAL ORDER shall be filed on or before this date.

i.      March 28, 2014          OBJECTIONS to exhibits and/or witnesses shall be filed on or before this date.

4.   There is some possibility for a prompt settlement or resolution of this case.

5.   The parties do not give their consent for this case to be tried in front of Magistrate Judge Stephen Wm Smith.

6.   Plaintiff has timely requested a trial by jury and tendered the appropriate fee with Plaintiff's Complaint.

7.   The parties anticipate a one week trial.

9.    Counsel for Plaintiff:                    Counsel for Defendants:

Charles R. Houssiere, III                Clifford L. Harrison
State Bar No. 10050700                   State Bar No. 09113800
SDTX ID No. 5202                         SDTX ID No. 3070
Neeley G. Morgan                         Carrie Schadle
State Bar No. 24070299                   State Bar No. 24051618
SDTX ID No. 1067260                      SDTX ID No. 639034

**HOUSSIERE, DURANT &**                  **HARRISON, BETTIS, STAFF,**
   **HOUSSIERE, LLP**          **MCFARLANE & WEEMS, LLP**
1990 Post Oak Blvd., Suite 800           Wedge International Tower
Houston, TX 77056-3812                   1415 Louisiana, 37th Floor
Telephone: 713-626-3700                  Houston, TX 77002
Facsimile: 713-626-3709                  Telephone: 713-843-7900
                                         Facsimile: 713-843-7901


                                         Michael V. Kell
                                         Michael O. Fawaz
                                         **HOWARD & HOWARD**
                                            **ATTORNEYS PLLC**
                                         450 West Fourth Street
                                         Royal Oak, MI 48067
                                         Telephone: 248-645-1483
                                         Facsimile: 248-645-1568

Signatures:


   /s/ Neeley G. Morgan                      December 18, 2012
Counsel for Plaintiff                    Date


   /s/ Carrie Schadle                       December 18, 2012
Counsel for Defendants                   Date

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of December, 2012, I filed the foregoing Joint Discovery/Case Management Plan Under Rule 26(f) Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system who will send notification of such filing to the following e-mail addresses:

Clifford L. Harrison
cliff.harrison@harrisonbettis.com
Carrie Schadle
carrie.schadle@harrisonbettis.com
HARRISON, BETTIS, STAFF, MCFARLANE & WEEMS, LLP
Wedge International Tower
1415 Louisiana, 37th Floor
Houston, TX 77002

Michael V. Kell
mkell@howardandhoward.com
Michael O. Fawaz
mfawaz@howardandhoward.com
HOWARD & HOWARD ATTORNEYS PLLC
450 West Fourth Street
Royal Oak, MI 48067


               /s/ Neeley G. Morgan
               Charles R. Houssiere, III
               Neeley G. Morgan